DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 3 | 20 | 18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON FARINA, et al | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:18-cv-01433-NRB |
| METROPOLITAN TRANSPORTATION | ) |
| AUTHORITY, et al | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION FOR EXTENSION OF TIME

NOW COMES Transworld Systems, Inc.("TSI") and plaintiff Jason Farina, by and

through undersigned counsel, and hereby jointly stipulate that TSI shall have a 14-day

extension of time to file its responsive pleading, up to and including March 30, 2018.

Stephen J. Fearon, Jr.
SQUITIERI & FEARON, LLP
32 East 57th Street;12th Floor
New York, New York 10022
Telephone: (212) 421-6492
Facsimile: (212)421-6553
Email: stephen@sfclasslaw.com
*Attorney for Plaintiff,*
*Jason Farina*

Aaron R. Easley, Esq.(ae9922)
SESSIONS, FISHMAN, NATHAN & ISRAEL
3 Cross Creek Drive
Flemington, New Jersey 08822
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
Email: aeasley@sessions-law.biz
*Attorney for Defendant,*
*Ingram & Associates LLC*

SO ORDERED:

Judge
3/20/18