UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON FARINA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, et al.,<br><br>Defendants. | § § § § § § § § § § § § § |

Case No. 1:18-cv-01433-NRB

**TRANSWORLD SYSTEMS INC.'S CORPORATE DISCLOSURE STATEMENT**

NOW COMES Transworld Systems Inc. by and through undersigned counsel, and pursuant to FED. R. CIV. P. 7.1, hereby submits its Corporate Disclosure Statement, and states as follows:

FED. R. CIV. P. 7.1(a) provides: "A nongovernmental corporate party must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation."

Transworld Systems Inc. is a wholly owned subsidiary of Aston Acquisition Corp. No publicly traded corporation holds 10% or more of its stock.

Respectfully submitted,

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660

-1-

>Facsimile: (908) 237-1663
>Email: aeasley@sessions.legal
>
>*Attorneys for Defendant,*
>*Transworld Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that April 3, 2018, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record, as listed below, by operation of the Court's electronic filing system.

>*/s/ Aaron R. Easley*
>Attorney