UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON FARINA, CHARLES GARDNER, DOROTHY TROIANO, DELORIS RITCHIE and MIRIAN ROJAS on behalf of each of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, NEW YORK STATE THRUWAY AUTHORITY, TRANSWORLD SYSTEMS, INC., ALLIANCEONE RECEIVABLES MANAGEMENT, INC., LINEBARGER GOGGAN BLAIR & SAMPSON, LLP and CONDUENT, INC.,<br><br>Defendants. | Hon. Naomi R. Buchwald, U.S.D.J.<br><br>CIVIL ACTION NO.:<br><br>18-01433 (NRB)<br><br>**Civil Action**<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that defendant, The Port Authority of New York and New Jersey (the "Port Authority") by its attorney, The Port Authority of New York and New Jersey Law Department, will move this Court at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, before the Honorable Naomi Reice Buchwald at such date and time as to be determined by the Court, based upon the attached declaration of Charles Fausti, and exhibits thereto, and Defendant's memorandum of law in support of the motion for an order to dismiss the claims of Plaintiffs set forth in the Complaint for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6) and striking the class allegations pursuant to Fed. R. Civ. P. 23(c)(1)(A), 23(d)(1)(D) and 12(f).

-2-

Dated: New York, New York
      September 14, 2018

                                          Respectfully submitted,

                                          PORT AUTHORITY LAW DEPARTMENT
                                          *Attorney for Defendant,*
                                          *The Port Authority of New York and New Jersey*

                                      By: _____/s/ David R. Kromm_____
                                            David R. Kromm, Esq.
                                            4 World Trade Center
                                            150 Greenwich Street, 24th Floor
                                            New York, New York 10007
                                            Telephone No.: (212) 435-3483

To:    All Counsel of Record (*via ECF*)