UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON FARINA, CHARLES GARDNER,
DOROTHY TROIANO, DELORIS RITCHIE,
and MIRIAN ROJAS on behalf of each
of themselves and all others similarly situated,

                                                   Case No. 1:18-cv-01433-NRB

                Plaintiffs,

        v.

METROPOLITAN TRANSPORTATION
AUTHORITY, TRIBOROUGH BRIDGE AND
TUNNEL AUTHORITY, THE PORT AUTHORITY
OF NEW YORK AND NEW JERSEY, NEW YORK
STATE THRUWAY AUTHORITY, TRANSWORLD
SYSTEMS, INC., ALLIANCEONE RECEIVABLES
MANAGEMENT, INC., LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP and CONDUENT, INC.

                Defendants.
------------------------------------------------------------X

### NOTICE OF DEFENDANTS METROPOLITAN TRANSPORTATION AUTHORITY AND TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY'S <u>MOTION TO DISMISS COMPLAINT</u>

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated September 14, 2018, the accompanying Declaration of Anne Marie Bressler, the exhibits attached thereto, the records and files of the Court, and any oral argument presented, Defendants Triborough Bridge and Tunnel Authority ("TBTA") and Metropolitan Transportation Authority ("MTA") will move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge, located at the United States Courthouse, 500 Pearl Street, at a date and time to be determined by the Court, for an Order dismissing the above-captioned Complaint with prejudice pursuant to Rules

12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure.[1]

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request that oral argument be heard on this Motion pursuant to Local Rule 6.1.

>Respectfully submitted,
>
>METROPOLITAN TRANSPORTATION AUTHORITY AND TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,
>
>By their attorneys,
>
>/s/ *Esteban Morales*
>Joshua Briones
>Esteban Morales
>MINTZ, LEVIN, COHN, FERRIS,
> GLOVSKY AND POPEO, P.C.
>2029 Century Park East
>Suite 3100
>Los Angeles, CA 90067
>Tel:  (310) 586-3200
>Fax:  (310) 586-3202
>*JBriones@mintz.com*
>*EMorales@mintz.com*
>
>Todd Rosenbaum
>MINTZ, LEVIN, COHN, FERRIS,
> GLOVSKY AND POPEO, P.C.
>666 Third Avenue, 25th Floor
>New York, NY 10017
>Tel:  (212) 935-3000
>Fax:  (212) 983-3115
>*TFRosenbaum@mintz.com*

---

[1] TBTA and MTA adopt, incorporate by reference, and join in the arguments submitted by the Port Authority of New York and New Jersey and the New York State Thruway Authority in their respective Motions to Dismiss, including arguments regarding the propriety of considering declarations and documents submitted in the Defendants' motions.  Except for arguments made by Conduent State & Local Solutions, Inc. on the basis of the filed rate doctrine, it not being a state actor, and qualified immunity, TBTA and MTA adopt, incorporate, and join in the arguments of Conduent as to the following claims: Violation of the Eighth Amendment of the U.S. Constitution and Article I, Section 5 of the New York Constitution; Violation of Procedural Due Process Under the U.S. Constitution and Violation of Article I, Section 11 of the New York Constitution; and Violation of the New York Consumer Protection Act.