UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MIRIAN ROJAS, BRIAN OWENS, and
KORISZAN REESE on behalf of themselves and
all others similarly situated,

                                                                Case No. 1:18-cv-01433-PKC

                 Plaintiffs,

         v.

TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY and THE PORT AUTHORITY
OF NEW YORK AND NEW JERSEY

                 Defendants.
-------------------------------------------------------------X

### [PROPOSED] ORDER GRANTING DEFENDANT TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of the parties' respective papers and arguments, Defendant Triborough

Bridge and Tunnel Authority's ("TBTA") Motion for Summary Judgment is hereby **GRANTED**

in its entirety.  Therefore, the above-captioned action is **DISMISSED** as to TBTA, with prejudice.


It is **SO ORDERED** this ___ day of _____, 2021.


                                                 _____
                                                 Hon. P. Kevin Castel
                                                 United States District Judge


113422466v.1