**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |
|---|
| MIRIAN ROJAS, BRIAN OWENS, and KORISZAN REESE on behalf of themselves and all others similarly situated, |
| Plaintiffs, |
| vs. |
| TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY and THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, |
| Defendants. |

**CASE NO.: 18-cv-01433 PKC**

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Upon consideration of the parties' respective papers and arguments, the Court

GRANTS Plaintiffs' Motion to Seal Portions of their Opposition to Defendants' Motion for

Summary Judgment.

It is **SO ORDERED** this_____ day of _____, 2021

_____
Hon. P. Kevin Castel
United States District Judge

1