UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRIAN ROJAS, BRIAN OWENS, and KORISZAN REESE on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY and THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,<br><br>                    Defendants. | CASE NO.: 18-cv-01433 PKC |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION TO SEAL PORTIONS OF THEIR OPPOSITION**
**TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Upon consideration of the parties' respective papers and arguments, the Court provisionally GRANTS Plaintiffs' Motion to Seal Portions of their Opposition to Defendants' Motion for Summary Judgment (doc 197).

         SO ORDERED.

New York, New York                              _____
                                                P. Kevin Castel
Dated: 7/30/2021                                United States District Judge

1