UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIRIAN ROJAS, BRIAN OWENS and
KORISZAN REESE,

                Plaintiffs,

-against-

TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY and THE PORT AUTHORITY OF
NEW YORK AND NEW JERSEY,

                Defendants.
------------------------------------------------------------X

18 CIVIL 1433 (PKC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 10, 2022, Defendants' summary judgment motions are GRANTED as to plaintiffs' claims under the Excessive Fines Clause of the Eighth Amendment. The TBTA's summary judgment motion is GRANTED as to plaintiffs' unjust enrichment claim. Judgment is entered for the defendants; accordingly, the case is closed.

**Dated:** New York, New York

      March 11, 2022

                                    RUBY J. KRAJICK
                                      Clerk of Court

                BY:

                                      **Deputy Clerk**