**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIRIAN ROJAS, BRIAN OWENS, and KORISZAN REESE on behalf of themselves and all others similarly situated;<br><br>                        Plaintiffs,<br><br>―against―<br><br>TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY and THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,<br><br>                        Defendants. | Civil Action No.: 1:18-cv-1433(PKC)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiffs Mirian Rojas, Brian Owens, and Koriszan Reese appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered in this action on March 10, 2022 (Dkt. 216) (Exhibit A), and the Judgment entered on March 11, 2022 (Dkt. 217) (Exhibit B), both of which granted Defendants' motions for summary judgment.

Dated: April 11, 2022                        **SQUITIERI & FEARON, LLP**

                                                        By: */s/ Stephen J. Fearon, Jr.*
                                                        Stephen J. Fearon, Jr.
                                                        Paul Sweeny
                                                       305 Broadway, 7th Floor
                                                       New York, New York 100
                                                       Telephone: (212) 421-6492
                                                       Facsimile: (212) 421-6553
                                                       Email: stephen@sfclasslaw.com
                                                       Email: paul@sfclasslaw.com

                                                       Joseph Santoli
                                                       LAW OFFICE OF JOSEPH SANTOLI
                                                       340 Devon Court
                                                       Ridgewood, New Jersey 07450
                                                       Telephone: (201) 926-9200
                                                       Email: jsantoli@santolilaw.com

## CERTIFICATE OF SERVICE

I, Stephen J. Fearon, Jr., hereby certify that on this 11th day of April, 2022, I caused a copy of the accompanying Notice of Appeal and attached exhibits to be served upon the persons/entities listed below via CM/ECF:

Joshua Briones
Estaban Morales
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 586-3200
JBriones@mintz.com
EMorales@mintz.com


Todd Rosenbaum
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
666 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 935-3000
TFRosenbaum@mintz.com

**Attorneys for Defendants**

                              */s/ Stephen J. Fearon, Jr.*
                              Stephen J. Fearon, Jr.