UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MIRIAN ROJAS, BRIAN OWENS, and
KORISZAN REESE on behalf of themselves and
all others similarly situated,

           **NOTICE OF CHANGE OF ADDRESS**

           Case No. 1:18-cv-01433-PKC

        Plaintiffs,
    v.

TRIBOROUGH BRIDGE AND TUNNEL
AUTHORITY and THE PORT AUTHORITY
OF NEW YORK AND NEW JERSEY
        Defendants.
-------------------------------------------------------------X

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, effective immediately, the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz"), attorneys of record for Defendant TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY in the above-captioned matter have relocated their New York office. Therefore, please send all future correspondence and pleadings directed to the New York office of Mintz to the following address:

> Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
> 919 Third Avenue, 38th Floor
> New York, New York  10022-3915

**PLEASE TAKE FURTHER NOTICE THAT** Mintz' e-mail addresses, fax number, and phone numbers remain the same.

Dated:  December 7, 2022

           MINTZ, LEVIN, COHN, FERRIS,
           GLOVSKY AND POPEO, P.C.

           By:  */s/ Todd Rosenbaum*
              Todd Rosenbaum
              919 Third Avenue, 38th Floor
              New York, New York  10022-3915
              (212) 935-3000

*Attorneys for Defendant
Triborough Bridge and Tunnel
Authority*

132232866v.1