**MANDATE**

1:18-cv-01433-PKC

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of January, two thousand twenty-four.

Before:        Gerard E. Lynch,
                Raymond J. Lohier, Jr.,
                *Circuit Judges*. *

_____

Koriszan Reese, Brian Owens, Mirian Rojas,

                Plaintiffs - Appellants,

Jason Farina, on behalf of himself and all others similarly situated, Charles Gardner, on behalf of himself and all others similarly situated, Dorothy Troiano, on behalf of herself and all others similarly situated, Deloris Ritchie,

                Plaintiffs,
v.

Triborough Bridge and Tunnel Authority, DBA MTA Bridges and Tunnels,

                Defendant - Appellee,

Metropolitan Transportation Authority; Transworld Systems, Inc.; Conduent State & Local Solutions, Inc.; Linebarger Goggan Blair & Sampson, LLP; AllianceOne Receivables Management Inc.; New York State Thruway Authority; The Port Authority of New York and New Jersey,

                Defendants.

_____

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___2/16/2024___ |

**JUDGMENT**

Docket No. 22-751

The appeal in the above captioned case from the judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

_____

* Judge Joseph F. Bianco, originally a member of the panel, recused himself from this case. This appeal is being decided by the two remaining members of the panel, who are in agreement. See 2d Cir. IOP E(b).

**MANDATE ISSUED ON 02/16/2024**

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit